## Standard Accident Insurance Company *v.* Malibu Dude Ranch, Inc., Appellant.

Argued June 16, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Joseph E. Gallagher,* with him *O'Malley, Morgan, Bour & Gallagher,* for appellant.

*Harold C. Edwards,* with him *Clifton A. Cloud,* for appellees.

OPINION PER CURIAM, September 20, 1960:

The order of the court below is affirmed on the opinion of President Judge FRED W. DAVIS, reported in 21 Pa. D. & C. 2d 787.